IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSE RUIZ, on behalf of himself and other persons similarly situated, | ) ) ) |
| *Plaintiff*, | ) CIVIL ACTION NO. 18-5721 ) ) JUDGE BARRY W. ASHE |
| v. | ) ) |
| | ) MAG. JUDGE ) JOSEPH C. WILKINSON |
| MASSE CONTRACTING, INC., and BOLLINGER SHIPYARDS, L.L.C., | ) ) ) |
| *Defendants*. | ) |

### PLAINTIFF'S UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT

The Plaintiff hereby moves the Court to approve the settlement that has been reached as set forth in the accompanying memorandum. Defendants do not oppose this motion.

*Respectfully submitted,*

*/s/ William H. Beaumont*
Roberto Luis Costales
William H. Beaumont
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005

*Attorneys for Plaintiffs*