UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSE RUIZ, on behalf of himself and
other persons similarly situated

CIVIL ACTION

NO. 18-5721

VERSUS

SECTION M (2)

MASSE CONTRACTING, INC., and
BOLLINGER SHIPYARDS, L.L.C.

**O R D E R**

Before the Court is plaintiff Jose Ruiz's unopposed motion to approve FLSA settlement,[1]

including the settlement agreement.[2]  Having considered plaintiff's memorandum,[3] the record, the

settlement agreement, and the applicable law, the Court finds the compromise to have fairly and

reasonably settled a bona fide dispute.  *See Martin v. Spring Break '83 Productions, L.L.C.*, 688

F.3d 247, 254-57 (5th Cir. 2012).

Accordingly,

IT IS ORDERED that Ruiz's unopposed motion to approve FLSA settlement (R. Doc. 37)

is GRANTED.  The parties' settlement agreement is approved and this case is dismissed with

prejudice.

New Orleans, Louisiana, this 19th day of June, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 37.  Ruiz's filing of this motion MOOTS his motion to reopen case (R. Doc. 35).  It is unnecessary to reopen the case for purposes of seeking settlement approval, as in entering its order of dismissal, the Court retained jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.  *See* R. Doc. 34.

[2] R. Doc. 37-1.

[3] R. Doc. 37-2.